IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MICHAEL B. MATHIS                                                                   PLAINTIFF

VS.                                         CASE NO. 07-CV-1099

KACY TELANO, Officer, Union County
Jail; KEVIN HANSEN, Officer, Union
County Jail; LT. JOHN WILLIAMS,
Union County Jail; SHERIFF KEN
JONES; SGT. EVALYN JONES;
OFFICER JAMES GREER                                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on September 24, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 44). Ten (10) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that the Defendants' Motion to Dismiss (Doc. No. 43) should be and hereby is **granted**. Plaintiff Michael B. Mathis's Complaint is hereby dismissed on the ground that he has failed to obey an Order of this Court and has failed to prosecute this action. *See* Fed.R.Civ.P. 41(b).

IT IS SO ORDERED, this 22nd day of October, 2008.

    /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge